# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MICHAEL KOVALOVSKY**
Plaintiff Pro Se.

CASE NO. 6:09-CV-47-ORL-28KRS

VS/AGAINST

**CHARLES A. STALLINGS**

**DAVID GLETTY**
Defendants, et al.

# BRIEF

Now comes the Plaintiff, Michael Kovalovsky, who resides at 1335 Fleming Avenue lot # 156, Ormond Beach, Florida, County of Volusia, who states, that the above court has Jurisdiction in this matter.

Michael Kovalovsky, caretaker of Kathleen Stallings and her property which is located in Holiday Village Mobile Home Park and sits on lot # 156 at Belle Street. Kathleen Stallings has had three major knee operations, two on the right knee which Necessitated the removal of her knee cap and two implantations. Being unable to navigate nor drive, she asked the plaintiff if he could possibly help her out as a friend

of the family for over twenty-nine (29) years, bearing in mind his assistance to her former husband, defendant Charles A. Stallings by supplying him with rent free accommodations while he worked for St. Francis hospital in Indianapolis, Indiana while she and their two children were getting settled in Port Orange, Florida,

Mrs. Stallings has provided the plaintiff with both room and monies for board and has reimbursed the plaintiff for expenditures on the maintenance of her home and property.

## COMPLAINT

## INVASION OF PRIVACY

This invasion of privacy by both defendants is a violation of law and a Criminal Offense. The invasion of privacy had occurred on several occasions, the first being Sometime between January 1st, 2008 and February 8th, 2008 when Mrs. Stallings then recouperating and reclining on a lounge noticed what appeared to be a dark SUV slowly approaching her home. After several drive bys she got uneasy (as we have had vandals Wreck havoc on occasion) Mrs. Stallings called out to the plaintiff for his attention to the matter. Upon arriving in the porch area the plaintiff waited to see if the vehicle would return, it did, and as the plaintiff watched it slowly roll by he could see the driver fumbling with something. Plaintiff started to exit the porch to make inquiry of the driver but the vehicle took off, it reappeared a few minutes later only to come to a complete stop in front of plaintiff's immediate neighbor's home to his right, and as he looked out the window area plaintiff could see that the driver was holding a camera in his hands and apparently taking pictures, this time when plaintiff emerged from the porch to try and

make inquiry to the picture taking, the vehicle took off at a higher rate of speed.

Having a younger neighbor with a young daughter living with her, his first thoughts were not very pleasant. Plaintiff even brought the matter to her attention so that she should be wary of anyone slowly parading in our vicinity. This outrageous behavior did not cease by Mr. Stallings as he proceeded to have an investigator reappear in our neighborhood to take video pictures and then search plaintiff's vehicle tag. The investigator, namely, David Gletty (herein named as a co-defendant) license # CC2600831 to surveil, the written admission is hereby entered, as it was introduced and submitted to the Wayne County Court in Jessup, Georgia.

Mr. Stallings in his desire to have his alimony payment reduced has resorted to subterfuge a number of times by various means including statements attributed to the Presiding Judge of his latest attempt in which he has drawn the plaintiff into the Proceedings that were Dismissed. Mr. Stallings is the author of a binding Alimony Agreement in which there is no recourse.

In light of the above matter, in which, Plaintiff has a "reasonable expectation of privacy" and a "right to be safe from casual or hostile intrusion or surveillance" as the written admission submitted to the Georgia Court by Co-Defendant David Gletty seems to border similarly to "voyeurism."

Wherefore the plaintiff suffered an outrage and infliction of emotional distress, He prays the court awards damages in excess if $25,000.00. Additionally plaintiff asks the court to direct both defendants to turn over all and any photographs, video's, etc., etc., to the plaintiff. Including tapes and any hearing devices.

The plaintiff asks the court to issue a permanent Restraining Order directing both defendants to stay and keep away from any further repetitious actions against the plaintiff or his current abode.

Plaintiff affirms that a true copy of the above has this __7th__ Day of January in The Year Of Our Lord 2009 been forwarded to the Sheriff's of Wayne County, Georgia and Marion County Florida for service upon the defendants.

Michael Kovalovsky

1335 Fleming Avenue # 156

Ormond Beach, Fl. 342174

386 676 0901

APPLICATION FOR CONTEMPT
ADDIUM TO COMPLAINT
SUMONS DTD SEPTEMPER 5, 2008

CV-98-04 31A

NOW COMES, CHARLES A STALLINGS PLAINTIFF HEREIN AND MOVES THE COURT TO ATTACH THE DEFENDANT FOR CONTEMPT AND SHOWS THE COURT AS FOLLOWS. THE DEFENDANT APPEARED IN THE ABOVE COURT. ON 08-29-07 BEFORE THE HONORABLE JUDGE WILKS WHO HEARD THE CASE AS PRESENT BY DEFENDANTS ATTY, DURING THE HEARING JUDGE WILKS TOOK A RECESS FROM THE BENCH AND RESEARCHED THE COHABITATION STATUE 19-6-19-B AND REMINDED THE DEFENDANT, THAT SHE COULD NOT HAVE ANYONE LIVING WITH HER AND COLLECT ALIMONY UNDER THE ABOVE GA. STATUE. ATTCHED IS EVIDENCE THAT THE PARTY IS STILL LIVING WITH DEFENDANT EXHIBIT # 1, # 2 AND #3. PLAINTIFF PRAYS THE COURT ORDER DEFENDANT TO REPAY PLAINTIFF THE $4,000.00 PAID HER SINCE AUGUST 07. SHOULD DEFENDANT FAIL TO APPEAR FOR THIS HEARING DEFENDANT BE HELD IN CONTEMPT AND ALL ALIMONY PAYMENTS CEASE AND CASE CLOSED.

CHARLES A STALLINS
PLAINTIFF

9-8-08

State of Florida
County of Volusia
9-8-2008

**Kathleen L. Adle**
Commission # DD475998
Expires October 30, 2009
Bonded Troy Fain - Insurance, Inc 800-385-7019

10-7-08    16ro

5

Investigative Report on 1335 Fleming Ave. #156, Ormond Bch. FL

Client: Charlie Stallings # 1-864-221-8806

Address: 801 S. Palm St. Jesup, Ga 31546

Email: spagetta59@aol.com

Subject: 1335 Holiday Village ( mobile home park) lot #156

Show that Michael Kovalovsky lives at this address and that his vehicle is at this address and registered in his name and registered to this address.

Actions: I , Investigator David Gletty License #CC2600831, traveled to the address 1335 Fleming Ave ( Holiday Village mobile home park) #156, Ormond Beach, FL 32174-8233 on Mon. 09/08/08 at 2:15 pm.

I arrived at the address stated above and started taking video of the home and vehicles in the drive-way and parked out front. The first tag # that I wrote down was from a white van/small suv tag # yank345 and the 2nd was from a small blue car parked in front of the home tag#

X20-SIG. I was able to do a data base search of the tag numbers from the address and the first one that came back #yank345 was registered to the name Michael Kovalovsky, he is the owner and the address that the vehicle is attached to is 1335 Fleming ave. #156. That is the address where I obtained video footage of the subject's vehicle and made personal observations that the subject's vehicle was at the above mentioned address. I was also able to obtain the Driver License number of Michael Kovalovski # K141540310470 and Date of Birth 02/07/1931.

Video Footage of surveillance is attached to this Investigative Report.

Investigative Report on 1335 Fleming Ave. #156     pg.2

Print Investigators name and sign: _David Getty_

_____

Notary Public name, print and sign: _Mike Savard_

MICHAEL SAVARD
Notary Public, State of Florida
My comm. expires Oct. 19, 2009
No. DD 483923



**Orange County Tax Collector**
Earl K. Wood
301 South Rosalind Ave.
Orlando, FL 32801-3549

## TagTalk System - Motor Vehicle Information

|  |  |
|---|---|
| Fax: | (800) 392-2196 |
| Date: | 09/08/2008 |

### Vehicle Information

| | | |
|---|---|---|
| VIN Number: KNDMB233066065577 | Decal: 00628844  2009 | Decal Type: MOTOR VEHICLE |
| Tag: YANK345 | Tag Type: RGP | Issue Date: 01/09/2007 |
| Title Status: ORIGINAL-NEW | Title Number: 0097500159 | Expire Date: 02/07/2009 |
| Title Cancel Date: | Electronic Title Status: PAPER TITLE | |
| Wt/MH Length: 004387/000 | GVW/MH Width: 0 | Class: 031 |
| Yr Make: 2006 | Body: VAN | |
| Make: KIA | | Color: WHI |
| Odometer: 0000036 | Odometer Status: A | Odometer Date: 12/16/2006 |
| Stop Info: | | Salvage Code: |
| Kit Code: | | |
| Use: PICKUP | | Insurance: ON FILE |

### Owner Information     (* See Note Below )

Name: KOVALOVSKY MICHAEL
Address: 1335 FLEMING AVE # 156
         ORMOND BCH FL 32174-8233
DOB: 02/07/1931     Sex: M
1st DL Number: K141540310470

### Registrant Information     (* See Note Below )

Name: KOVALOVSKY   MICHAEL
Address: 1335 FLEMING AVE # 156
         ORMOND BCH FL 32174-8233
DOB: 02/07/1931     Sex: M
1st DL Number: K141540310470

### Lien Holder Information
Name/Address/Date
NO LIEN HOLDERS

Number of Liens: 0
Name/Address/Date

TagTalk is now connected to FRVIS 2000.

*Above information is to date as of 9/09/08*   *David J. Getty*   *David Getty*

*Notary Public   9/9/08*

**MICHAEL SAVARD**
Notary Public, State of Florida
My comm. expires Oct. 19, 2009
No. DD 483923

8